**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **ROCIO BRENDA HENRIQUEZ-RIVAS**, <br><br> Petitioner, <br><br> v. <br><br> **ERIC H. HOLDER Jr., Attorney General**, <br><br> Respondent. | No. 09-71571 <br><br> Agency No. A098-660-718 <br><br> **ORDER** |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3.